# UNITED STATES DISTRICT COURT

for the

District of Iowa

Division: Southern

RECEIVED
SEP 1 2023
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

Vessels :Larry-Allen:Bell.
LARRY ALLEN BELL
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

STATE OF IOWA - Trustees
Connor Marlin
Rusty Simpson
Dave Thomas
Chauncey T. Moulding
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☒ No

## COMPLAINT FOR A CIVIL CASE  Cargo

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Larry-Allen:Bell
Street Address
City and County          DBA   LARRY ALLEN 3911 BELL Estate/Trust.
State and Zip Code              Grantor Executor Office Nation Iowa.
Telephone Number                c/o General Post Location Box 105.
E-mail Address  N/A             Blue Grass BELL Province
                                Near 52726-9998 PostMaster USMOI.    (641)233-9988

#### B. The Defendant(s)  Foreign Sovereign Immunities Act and Public Vessels Act

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**
- Name: Connor Marlin
- Job or Title (if known): Fairfield Iowa Police Officer
- Street Address: 1100 West Grimes
- City and County: Fairfield, Jefferson
- State and Zip Code: Iowa 52556
- Telephone Number: (641) 472-4146  Fax (641) 469-3353
- E-mail Address (if known): unknown

**Defendant No. 2**
- Name: Dave Thomas
- Job or Title (if known): Police Chief Fairfield, Iowa
- Street Address: 1200 West Grimes
- City and County: Fairfield, Jefferson
- State and Zip Code: Iowa 52556
- Telephone Number: (641) 472-4146  Fax #(641) 469-3353
- E-mail Address (if known): unknown

**Defendant No. 3**
- Name: Rusty Simpson
- Job or Title (if known): Jefferson County Sheriff Deputy
- Street Address: 1200 W. Grimes
- City and County: Fairfield, Jefferson
- State and Zip Code: Iowa 52556
- Telephone Number: (641) 472-4146  Fax #(641) 469-3353
- E-mail Address (if known): unknown

**Defendant No. 4**
- Name: Chauncey T. Moulding
- Job or Title (if known): Jefferson County Iowa Elected County Attorney
- Street Address: 51 West Hempstead
- City and County: Fairfield, Jefferson
- State and Zip Code: Iowa 52556
- Telephone Number: (641) 472-9201  Fax # (641) 472-9201
- E-mail Address (if known): jeffcoattn@lisco.com

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. Presidential Executive Order

13818 - 12-17-2017

13963 - 1-31-2020

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

*See attached "Statement of claim"*

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

*See attached "Relief"*

III. Statement of claim

i Larry-Allen: Bell - "sui Jusis" - Iowa American State National with Sovereignty, Declare; On June 5 and June 10, 2023, Defendants arrested, handcuffed, jailed, forced to pay extortion as bail on Iowa District Court, 8th Judicial District, Jefferson County Case(s) 08-51-1 A6-IN 010508 and 08-51-1 A6-IN 010512, Violating Plaintiff's Right to Travel - Not For Hire in Commerce, Use of "Constructive Fraud" in Name change to capitol letters style, "Breach of Trust" has occured and I believe "Tax Evasion" has happened, For No display of Corporate Bonds (GSF 24, Bid Bond, GSF 25 Performance Bond and GSF 25A Payment Bond not shown in Open Court of Record. Leading to Human Trafficking, Trespass and Grand Theft Auto of plaintiff's private conveyance. Forced to pay extortion price in Retrieval of clearly marked one Ford F-150 automobile/Truck. This all happened in Fairfield, Jefferson County, Iowa. When all men wearing uniforms were asked to show some Identification (picture photo 4 on Business card with mandated Oath of Office) none were produced or given in Writ of Quo Warranto and Subpoena Duces Tecum. Even before arrested and forced by physical violence man named Dave Thomas · claiming to be the Police chief of Fairfield, withdrew his pistol from its protective sheath, threatening to shoot plaintiff if not removing one's self from locked doors and windows of private conveyance. Plaintiff has Numerous public affidavits, person autographed, dated with Seal, Notarized, Public Recorded with Iowa Secretary of State Apostile -

1. 23-425247 - "Notice of Subrogation"
2. 23-425248 "Contract in Admiralty Jurisdiction"
3. 23-425245 "State National Certificate of Identification"
4. 23-425244 "Estate Revests to infant upon proof of life"
5. 23-425246 "Acknowledgement, Acceptance & Deed of Reconveyance"
6. 23-425243 "Affidavit and Withdrawl of Registration"
7. 23-420268 - "Live Born Record"
8. 23-420270 "State National Identification"
9. 23-420269 "Placard Iowa American State National"
10. 23-425242 "Declaration Iowa American State National"

IV. Relief - Under the Bill of Lading Act

As per Breach of Contract aforementioned # 2.23.425 248 " Contract in Admiralty Jurisdiction" Basic $2 million ($2,000,000.⁰⁰) functional U.S currency for all violations, wrongs alleged and continue at the present time. Also $250,000. ($250,000.⁰⁰/₁₀₀) as punitive or exemplary damages claimed per event. I believe i am entitled to actual or punitive money damages. To stop this Human Trafficking, Trespass, Breach of Trust, Tax evasion and Constructive Fraud with Grand theft auto and piracy.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: August 31, 2023

Signature of Plaintiff  -autograph By Larry-Allen: Bell
Printed Name of Plaintiff  Larry-Allen: Bell

### N/A  B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address                                De Bene Esse
State and Zip Code                            Nunc Pro Tunc
Telephone Number                              about August 14, 1948
E-mail Address

SEAL
R. Thumb
PRint IN
R&d Ink

By: Larry-Allen: Bell
Post Master

DBA LARRY ALLEN 3911 BELL Estate/Trust.
Grantor Executor Office Nation Iowa.
c/o General Post Location Box 105.
Blue Grass BELL Province
Near 52726-9998 Postmaster USMOI.

IOWA SUPERIOR COURT
Jefferson County

Larry-Allen: Bell

Claimant

CASE FILE NO. 08-51-1 A6-IN 010508
CASE FILE NO. 08-51-1 A6-IN 010512

RE: Fees for filing exemption

---

(Federal Rules of Evidence 201(d) that Claimant has a lawful right to proceed without cost, based upon the following law: The U.S. Supreme Court has ruled that a Natural individual entitled to relief is entitled to free access to its judicial tribunals and public offices in Every State in the Union (2 Black 620, see also CRANDELL V. NEVADA, 6 Wall 35). Claimant should Not be charged fees, or costs for the lawful and constitutional right to petition this court in this matter in which he is entitled to relief, as it appears that the filing fee rule was originally implemented for fictions and subjects of a State and should Not be applied to the third party who is a Natural individual and entitled to relief (HALE V. HENKEL).

August 31, 2023

By: Larry-Allen: Bell